150 So.2d 770

**Walter DAVENPORT**

**v.**

**KAISER ALUMINUM & CHEMICAL CORPORATION.**

No. 46661.

March 25, 1963.

In re: Walter Davenport applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 146 So.2d 834.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

150 So.2d 770

**Mr. and Mrs. Murray H. CUNNINGHAM et al.**

**v.**

**Thomas N. HALL.**

No. 46647.

March 25, 1963.

In re: Mrs. Daisy Hall, widow of Thomas N. Hall, Sr., and Thomas N. Hall, Jr., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 148 So.2d 808.

Writ refused. The result reached by the Court of Appeal is correct.

HAMITER, J., is of the opinion that the writ should be granted.